# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE,<br><br>   Petitioner,<br><br> vs.<br><br>RON DAVIS, Warden, California State Prison at San Quentin,<br><br>   Respondent. | Case No.: CV 15-2010 R<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for the reasons set forth in the Order Denying and Dismissing Petition for Writ of Habeas Corpus, the Petition for Writ of Habeas Corpus is hereby **DENIED** and **DISMISSED**.

**IT IS SO ORDERED.**   **Dated this 11th day of May 2015**

                _____
                MANUEL L. REAL
              UNITED STATES DISTRICT JUDGE