LODGED
CLERK, U.S. DISTRICT COURT
SEP 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Theodore C. Shove, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:15-cv-02010-R |
| v. | |
| State of California, et al. | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On  September 23, 2019 , the Court received the attached

☒ Complaint  ☐ Petition  ☐ Notice of Removal, captioned _____

☐ other document(s), entitled _____

from   Theodore C. Shove,                , who was found by the Court on  June 11, 2015

in case number  2:15-cv-02010-R    to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge  ☐ assigned district judge  ☐ Chief Judge for review.

----

☐ IT IS HEREBY ORDERED that the document(s) presented:
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____ .
    ☐ be filed as a new case.
or

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

| Date | United States Magistrate Judge |
|---|---|

----

IT IS HEREBY ORDERED that the document(s) presented
    ☒ not be filed.
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____ .
    ☐ be filed as a new case.

| 9/24/19 | /s/ (signature) |
|---|---|
| Date | United States District Judge |

CV-115 (04/2018)      NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

LODGED
CLERK, U.S. DISTRICT COURT

SEP 10 2019

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Theodore Shove | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV15-2010 R |
| v. | |
| State of California | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On September 6, 2019, the Court received the attached

☐ Complaint ☒ Petition ☐ Notice of Removal, captioned _____

☐ other document(s), entitled _____

from Theodore Shove, who was found by the Court on June 11, 2015

in case number CV15-2010 R to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other:

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:
  ☐ be filed in the above-captioned case.
  ☐ be filed in case number _____.
  ☐ be filed as a new case.
or

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

Date _____ United States Magistrate Judge _____

---

IT IS HEREBY ORDERED that the document(s) presented
☒ not be filed.
☐ be filed in the above-captioned case.
☐ be filed in case number _____.
☐ be filed as a new case.

Date 9/14/19        United States District Judge

CV-115 (04/2018)        NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT